IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAMON CINTRON [GT-1138] | : | CIVIL ACTION |
| v. | : | |
| DANIEL BURNS, et al. | : | NO. 13-3654 |

## ORDER

AND NOW, this 16th day of October, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**. *Objections overruled.*

3. Cintron's Application for Stay in Abeyance [Document #5] is **DENIED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT
_____
EDMUND V. LUDWIG, J.

cc: MFA